**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-2304**

———————

JERRY KIRKPATRICK,

Plaintiff - Appellant,

versus

DAVID GUINN; LINCOLNTON BANK; BETTY SEZTER,
Lincolnton Bank Official, sued in her individ-
ual and official capacity,

Defendants - Appellees,

and

SHERRY KIRKPATRICK,

Defendant.

———————

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Statesville. Richard L. Voorhees,
Chief District Judge. (CA-95-30-5-V)

———————

Submitted: March 12, 1998          Decided: March 23, 1998

———————

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jerry Kirkpatrick, Appellant Pro Se. R. Keith Johnson, Charlotte, North Carolina; Clifton Walker Homesley, HOMESLEY, JONES, GAINES & HOMESLEY, Mooresville, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his civil action for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1332. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Kirkpatrick v. Guinn, No. CA-95-30-5-V (W.D.N.C. Sept. 1, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED